Louis Group, Respondent, *v.* Morgan Szenher, Appellant.

Argued November 26, 1940; decided December 31, 1940.

*William B. Davis, O. A. Thompson* and *E. C. Sherwood* for appellant.

*John V. Higgins* and *Thomas J. O' Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Sears, Lewis and Conway, JJ.